NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA PHARMACEUTICAL INDUSTRIES LTD.,**
*Plaintiff-Appellant,*

v.

**ASTRAZENECA PHARMACEUTICALS LP
AND IPR PHARMACEUTICALS INC.,**
*Defendants-Appellees.*

---

2011-1091

---

Appeal from the United States District Court for the Eastern District of Pennsylvania in case no. 08-CV-4786, Judge William H. Yohn, Jr.

---

## ON MOTION

---

## ORDER

Teva Pharmaceutical Industries Ltd. moves for an extension of time, until May 26, 2011, to file the joint appendix. Teva also moves to withdraw John L. North, Jeffrey J. Toney, Jonathan K. Waldrop, and Darcy L. Jones, as counsel of record and to substitute Jeffrey D. Blake as principal counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted. Jeffrey D. Blake should promptly file an entry of appearance as principal counsel.

FOR THE COURT

__MAY 1 9 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Jeffrey D. Blake, Esq.
John L. North, Esq.
Darcy L. Jones, Esq.
Jeffrey J. Toney, Esq.
Jonathan K. Waldrop, Esq.
Eric Jay Fues, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 1 9 2011

JAN HORBALY
CLERK